Drawn &/or Prepared By

..................................................
ANDREW V. THORNHILL
Attorney-at-Law
of George Walton Payne & Co.
Suites 205-207, Dowell House
Cr. Roebuck & Palmetto Streets
Bridgetown

## UNITED STATES DISTRICT COURT

Southern                                    District of
        New York

International Equity Investments, LLC and
Citigroup Venture Capital International Brazil, LLC

V.

Highlake International Business Co. Ltd.


CASE NUMBER:  08 CV 3106

## AFFIDAVIT OF SERVICE

I, JASON ELCOCK, Legal Clerk attached to the law firm of Messrs George Walton Payne & Co., of Suites 205-207 Dowell House, Roebuck and Palmetto Streets, in the City of Bridgetown in the Island of Barbados, **MAKE OATH AND SAY** as follows:-

1.      I did on Friday, the 27th day of March 2008 at 11:15 a.m. in the forenoon at Building #8 Suite 203, Fontabelle in the parish of Saint Michael in the Island of Barbados personally serve Highlake International Business Co. Ltd. with a copy of the Summons and Complaint in this action, which were both dated the 26th day of March 2008, by leaving the same with Ms. Jacqueline Greaves, Corporate Secretary to Mr. Adriel Brathwaite, Attorney-at-Law for and duly authorized representative of the Defendant herein.

2.      The said Adriel Brathwaite acknowledged that he was accepting service of process on behalf of Highlake International Business Co. Ltd. and requested that the documents be left with the said Jacqueline Greaves.

3. The said Jacqueline Greaves identified herself to me.

**SWORN TO** by the Deponent )
the said Jason Elcock on the 2nd )
day of April 2008 )

Before me:

..................................................
ASSISTANT REGISTRAR & AS
SUCH A NOTARY PUBLIC IN
AND FOR BARBADOS

I AVRIL ANITA SEALY Notary Public in and for the Island of Barbados do hereby **CERTIFY** that on the day of the date hereof personally came and appeared before me **JASON ELCOCK** who identified himself to me to be the executing party named in the foregoing Affidavit and in my presence did sign the same as and for his free and voluntary act and deed.

And I **FURTHER CERTIFY** the same under my hand and seal of office hereto set and affixed this 2nd day of April 2008.

..................................................
Notary Public in and for Barbados
ASSISTANT REGISTRAR & AS
SUCH A NOTARY PUBLIC IN
AND FOR BARBADOS



# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

International Equity Investments, LLC and
Citigroup Venture Capital International Brazil, LLC

V.

Highlake International Business Co. Ltd.

CASE NUMBER:  08 CV 3106

**AFFIDAVIT OF SERVICE**

**GEORGE WALTON PAYNE & CO.**
**ATTORNEYS AT LAW**