KAPLAN/S,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
INTERNATIONAL EQUITY INVESTMENTS, LLC
(f.k.a. INTERNATIONAL EQUITY INVESTMENTS,
INC.), AND CITIGROUP VENTURE CAPITAL
INTERNATIONAL BRAZIL, LLC, ON BEHALF OF
ITSELF AND CITIGROUP VENTURE CAPITAL
INTERNATIONAL BRAZIL, L.P.
(f.k.a. CVC/OPPORTUNITY EQUITY PARTNERS,
L.P.),

              Plaintiffs,

  v.

HIGHLAKE INTERNATIONAL BUSINESS
COMPANY LTD.,

              Defendant.
----------------------------------------------------------x

: 08 Civ. 3106 (LAK)

RECEIVED APR 30 2008 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

WHEREAS, the parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), have agreed to the dismissal with prejudice of the claims asserted by Plaintiffs in the above-captioned action.

//

NOW, IT IS HEREBY STIPULATED AND AGREED, that the action, including all claims asserted by Plaintiff therein, is dismissed with prejudice and without costs to any party.

Dated: April 28, 2008

**BOIES, SCHILLER & FLEXNER LLP**

By: _____
Philip C. Korologos
pkorologos@bsfllp.com
Eric Brenner
ebrenner@bsfllp.com
575 Lexington Avenue
New York, New York 10022
Phone: (212) 446-2300

George F. Carpinello
gcarpinello@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Phone: (518) 434-0600
Fax: (518) 434-0665

*Attorneys for Highlake International Business Company Ltd.*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: _____
Howard S. Zelbo
hzelbo@cgsh.com
Carmine D. Boccuzzi
cboccuzzi@cgsh.com
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000

*Attorneys for International Equity Investments, LLC, Citigroup Venture Capital International Brazil, LLC, on behalf of itself and Citigroup Venture Capital International Brazil, L.P.*

SO ORDERED:
Dated: 4/30, 2008

_____
Lewis A. Kaplan
United States District Judge

2